[No. 21925-1-I.   Division One.   December 4, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID MICHAEL GASPER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-01470-0, Arthur E. Piehler, J., entered March 11, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Pekelis, J.

[No. 20670-2-I.   Division One.   December 4, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID A. CRANE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-1-00575-1, Daniel T. Kershner, J., entered June 23, 1987. *Reversed in part* and *affirmed in part* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., Swanson, J., dissenting.

[No. 11767-3-II.   Division Two.   December 4, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. EZRA DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-1-00294-1, Leonard W. Kruse, J., entered February 19, 1988. *Reversed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 12383-5-II.   Division Two.   December 4, 1989.]

DUANE WILSON, *Appellant,* v. CROWN ZELLERBACH CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 87-2-00352-6, Grant S. Meiner, J., entered October 7, 1988. *Reversed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Petrich, J.